UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LEGO SYSTEM A/S, <br><br> Plaintiff, <br><br> v. <br><br> RUBICON COMMUNICATIONS, LP DBA SMALLWORKS; SMALLWORKS, LLC; RUBICON COMMUNICATIONS, LLC; JAMIE L. THOMPSON; JAMES W. THOMPSON, <br><br> Defendants. | Civil Action No.: 3:15-cv-00823 (VLB) <br><br> December 14, 2017 |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff and Defendants hereby stipulate to dismiss the above-captioned action, with prejudice and without fees or costs to any party.

This Stipulation of Dismissal with Prejudice is respectfully filed hereby by the parties set forth below.

PLAINTIFF/
COUNTERCLAIM-DEFENDANT,
LEGO SYSTEM A/S,

By: /s/ Elizabeth A. Alquist
    Elizabeth A. Alquist (ct15643)
    Woo Sin Sean Park (ct30074)
    DAY PITNEY LLP
    242 Trumbull Street
    Hartford, CT 06103-1212
    Tel: (860) 275-0100

DEFENDANTS/
COUNTERCLAIM-PLAINTIFFS,
RUBICON COMMUNICATIONS, LP DBA
SMALLWORKS; SMALLWORKS, LLC;
RUBICON COMMUNICATIONS, LLC;
JAMIE L. THOMPSON; and JAMES W.
THOMPSON,

By: /s/ Dwayne K. Goetzel
    Dwayne Goetzel, pro hac vice
    Ryan T. Beard, pro hac vice

| | |
|---|---|
| **Fax: (860) 275-0343**<br>**Email: eaalquist@daypitney.com**<br>**wpark@daypitney.com**<br><br>***Attorneys for Plaintiff/ Counterclaim-Defendant*** | **MEYERTONS, HOOD, KIVLIN, KOWERT & GOETZEL, P.C.**<br>**1120 South Capital of Texas Hwy.**<br>**Building 2, Suite 300**<br>**Austin, Texas 78746**<br>**(512) 853-8800 (telephone)**<br>**(512) 853-8801 (facsimile)**<br>**Email: dgoetzel@intprop.com**<br>**rbeard@intprop.com**<br><br>**Stephen P. McNamara, ct01220**<br>**ST. ONGE STEWARD JOHNSTON & REENS LLC**<br>**986 Bedford Street**<br>**Stamford, Connecticut 06905-5619**<br>**Telephone: 203/324-6155**<br>**Facsimile: 203/327-1096**<br>**Email: smcnamara@ssjr.com**<br>**bwhite@ssjr.com**<br><br>***Attorneys for Defendants/ Counterclaim-Plaintiffs*** |

## CERTIFICATE OF SERVICE

I hereby certify that on December 14, 2017, the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

**PLAINTIFF, LEGO System A/S**

By: _/s/ Sean Park_
Elizabeth A. Alquist (ct15643)
Woo Sin Sean Park (ct30074)
DAY PITNEY LLP
242 Trumbull Street
Hartford, CT 06103-1212
Tel: (860) 275-0100
Fax: (860) 275-0343
Email: eaalquist@daypitney.com
wpark@daypitney.com

Attorneys for Plaintiff
LEGO SYSTEM A/S